# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Textmunication Holdings, Inc., a Nevada Corporation,<br><br>    Plaintiff<br><br>v.<br><br>Carebourn Capital, L..P., a Delaware limited partnership; Does I-X, inclusive; and Roe Companies I-X, inclusive,<br><br>    Defendants | 2:17-cv-0968-JAD-VCF<br><br>**Order Dismissing Case**<br><br>[ECF No. 7] |

For the reasons stated on the record at the June 26, 2017, hearing on Defendant Carebourn Capital, L.P.'s Motion to Dismiss for Improper Venue or to Transfer [ECF No. 7],

IT IS HEREBY ORDERED that Defendant Carebourn Capital, L.P.'s Motion to Dismiss for Improper Venue or to Transfer **[ECF No. 7] is GRANTED. This case is DISMISSED** without prejudice to its refiling in "the state courts of Florida or in the federal courts located in the state of Florida." The Clerk of Court is directed to **CLOSE THIS CASE.**

Dated this 26th day of June, 2017.

_____
Jennifer A. Dorsey
United States District Judge

1